IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND)

RAMON ANTONIO MEJIA  
8757 Georgia Avenue, Suite 400  
Silver Spring, Maryland 20910  

And

MAXIMO GRAVES  
8757 Georgia Avenue, Suite 400  
Silver Spring, Maryland 20910  

And

JOEL DE JESUS RODAS CASTRO  
8757 Georgia Avenue, Suite 400  
Silver Spring, Maryland 20910  

And                    CASE NO.: 3:19cv00010

JULIO JOSE MALDONADO RODRIGUES  
8757 Georgia Avenue, Suite 400  
Silver Spring, Maryland 20910  

And

DANIRA ALEJANDRA MONZON LOPEZ  
8757 Georgia Avenue, Suite 400  
Silver Spring, Maryland 20910  

And

NOLBERTO BUESO RODRIGUES  
8757 Georgia Avenue, Suite 400  
Silver Spring, Maryland 20910  

And

DENNIS JEOVANY CEDILLO CASTRO  
8757 Georgia Avenue, Suite 400  
Silver Spring, Maryland 20910  

And

```
DIONISIO RIVERA                                          *
8757 Georgia Avenue, Suite 400                           *
Silver Spring, Maryland 20910                            *
                                                         *
        Plaintiffs,                                      *
                                                         *
v.                                                       *
                                                         *
BRANNAN, INC.                                            *
D/B/A F. RICHARD WILTON CONTRACTOR                       *
PO BOX 1177                                              *
Ashland, Virginia 23005                                  *
                                                         *
SERVE:    Courtney Moates Paulk, Esquire                 *
          Hirschler Fleischer, PC                        *
          The Edgeworth Building                         *
          2100 East Cary Street                          *
          Richmond, Virginia 23223                       *
And                                                      *
                                                         *
TRUSTFORTE GENERAL                                       *
CONTRACTORS, INC                                         *
9205 N Arch Village Circle Apt. G                        *
North Chesterfield, Virginia 23236                       *
                                                         *
SERVE:    Andrewa Moreira                                *
          9205 N Arch Village Circle, Apt. G             *
          North Chesterfield, Virginia 23236             *
                                                         *
And                                                      *
                                                         *
JV CONTRACTORS LLC                                       *
7700 Erie Street                                         *
Annandale, Virginia 23220                                *
                                                         *
SERVE:    Julio Villegas                                 *
          7700 Erie Street                               *
          Annandale, Virginia 23220                      *
                                                         *
        Defendants.                                      *
**************************************************************************
```

## FAIR LABOR STANDARDS ACT
## COLLECTIVE ACTION COMPLAINT

Plaintiffs Ramon Antonio Mejia, Maximo Graves, Joel De Jesus Rodas Castro, Julio Jose Maldonado Rodrigues, Danira Alejandra Monzon Lopez, Nolberto Blueso Rodrigues, Dennis Jeovany Cedillo Castro, and Dionisio Rivera (together, "Plaintiffs"), by and through undersigned counsel, hereby file suit against Brannan, Inc. d/b/a F. Richard Wilton Contractor ("F. Richard Wilton"), Trustforte General Contractors, Inc. ("Trustforte"), and JV Contractors LLC ("JV Contractors") (collectively, "Defendants") and, on behalf of themselves and all other similar situated individuals, herein seek unpaid overtime wages, statutory damages, costs, and attorney's fees and costs against Defendants for violations of Federal Fair Labor Standards Act ("FLSA") as set forth below.

## PARTIES AND JURISDICTION

1. Plaintiffs are each adult residents of the Commonwealth of Virginia.

2. By acting as the named plaintiffs in this Collective Action Complaint, each of the Plaintiffs does hereby affirm his consent to participate as a plaintiff in an action seeking unpaid wages and damages under the FLSA.

3. F. Richard Wilton is a corporation formed under the laws of the Commonwealth of Virginia.

4. In or about 2017 or 2018, F. Richard Wilton was awarded a contract to perform framing, hanging, finishing, drywall, plastering, and related construction duties on the construction of the Dominion Energy tower constructed at 111 S. Sixth Street Richmond, Virginia 23219 ("the Dominion Energy Project").

5. Upon receiving the award of the contract, F. Richard Wilton sub-contracted much of the labor associated with framing, hanging, finishing, drywall, plastering, and related construction duties to small sub-contractors, Trustforte and JV Contractors.

6. Under the arrangement between F. Richard Wilton and Trustforte / JV Contractors, F. Richard Wilton supervised and directed the details, specifics, and the overall performance of the job duties on the Dominion Energy Project and Trustforte and JV Contractors located laborers to perform the tasks and then directly pay the laborers for performing the tasks. As a corollary to this agreement, F. Richard Wilton, at all times, had full authority to discipline, suspend, and or terminate individuals selected by Trustforte and/or JV Contractors and otherwise had full power and control over the performance of the job duties of each of these individuals as if these individuals were selected by and compensated by F. Richard Wilton, directly.

7. At all times relevant to this action, F. Richard Wilton, Trustforte, and JV Contractors each had annual gross revenues at or exceeding $500,000.00.

8. At all times relevant to this action, F. Richard Wilton, Trustforte, and JV Contractors, by and through Plaintiffs and other similarly situated individuals, used goods and tools that passed in interstate commerce in the performance of their job duties on the Dominion Energy Project.

9. At all times relevant to this action, F. Richard Wilton, Trustforte, and JV Contractors each qualified as employers or joint employers for Plaintiffs and other similarly situated individuals within the scope and definition of "employer" under the FLSA.

10. Jurisdiction and venue is proper in this Court as the claims brought by Plaintiffs and other similarly situated individuals are those of a Federal Question under the FLSA and the alleged events or omissions giving rise to this action occurred primarily in Richmond, Virginia.

## FACTS

11. Plaintiffs, and other similarly situated individuals, are each current and former laborers that performed framing, hanging, finishing, drywall, plastering, and related construction

duties on the Dominion Energy Project between the dates March 2018 through the present ("the Relevant Period").

12. During the Relevant Period, Plaintiffs and other similarly situated individuals were each paid at hourly rates ranging from about $12.00 per hour to about $19.00 per hour by cash, or check, or both, and were paid directly by Trustforte, or JV Contractors, or both for performing framing, hanging, finishing, drywall, plastering, and/or related construction duties on the Dominion Energy Project.

13. During the Relevant Period, the exact hours Plaintiffs and other similarly situated individuals worked each week varied from week to week.

14. During the Relevant Period, Plaintiffs and other similarly situated individuals typically and customarily worked over forty (40) hours per week.

15. During the Relevant Period, Plaintiffs and other similarly situated individuals typically and customarily worked over fifty (50) hours per week.

16. During the Relevant Period, representatives from F. Richard Wilton, Trustforte, and JV Contractors had actual knowledge of all hours Plaintiffs and other similarly situated individuals worked and suffered or permitted Plaintiffs and other similarly situated individuals to work more than forty (40) hours per week and often more than fifty (50) hours per week and were not paid at the time-and-one-half rate for overtime worked more than forty (40) hours per week.

17. During the Relevant Period, foreman and other representatives that were direct employees and/or managers of F. Richard Wilton, along with representatives from Trustforte and JV Contractors, personally supervised Plaintiffs and other similarly situated individuals in the performance of their work duties on the Dominion Energy Project.

18. During the Relevant Period, Plaintiffs and other similarly situated individuals performing work duties on the Dominion Energy Project knew and understood that foreman and other representatives that were direct employees and/or managers of F. Richard Wilton, along with representatives from Trustforte and JV Contractors, were each their managers and supervisors and representatives from Trustforte, JV Contractors, and F. Richard Wilton could and in fact did dictate and direct their job duties, and could and in fact did punish or discipline Plaintiffs and other similarly situated individuals in their independent judgment or discretion.

19. During the Relevant Period, Plaintiffs and other similarly situated individuals, while performing duties on the Dominion Energy Project, were directed to wear identification conveying that Plaintiffs and other similarly situated individuals were employees of F. Richard Wilton and that F. Richard Wilton was directly in charge of their employment.

20. During the Relevant Period, F. Richrrd Wilton had actual knowledge that Plaintiffs and other similarly situated individuals worked overtime in excess of forty (40) hours per week and that representatives from Trustforte and JV Contractors should have but did not pay Plaintiffs and other similarly situated individuals at the FLSA required time-and-one-half rate for overtime worked in excess of forty (40) hours per week.

## COLLECTIVE ACTION COMPLAINT

21. Plaintiffs bring this action individually and on behalf and all similarly situated individuals.

22. Plaintiffs seek FLSA Collective Certification of all individuals that work or worked for F. Richard Wilton, Trustforte, and/or JV Contractors performing framing, hanging, finishing, drywall, plastering, and related construction duties on the Dominion Energy Project

that were denied "half time" overtime premium wages for overtime hours worked more than forty (40) hours in that week (the "FLSA Collective").

23. Pursuant to the FLSA, 29 U.S.C. § 207, employers are generally required to pay overtime compensation at a rate of 1.5 times an employee's regular rate of pay for hours worked over forty (40) in a workweek.

24. As set forth above, Plaintiffs and those similarly situated regularly and customarily worked more than forty (40) hours per workweek for Defendants without receiving proper overtime compensation for their overtime hours worked.

25. Because of Defendants' failure to pay Plaintiffs and those similarly situated the overtime compensation required by law, Defendants have violated the provisions of the FLSA, 29 U.S.C. §§ 207 and 215(a)(2).

## CAUSE OF ACTION

### UNPAID OVERTIME WAGES
### FAIR LABOR STANDARDS ACT – 29 U.S.C. § 201, *et seq.*
### On Behalf of Plaintiffs and the FLSA Collective

26. Plaintiffs re-allege and incorporate by reference the above paragraphs as if fully set forth herein.

27. The FLSA, 29 U.S.C. § 207, requires employers to pay non-exempt employees 1.5 times the regular rate of pay for all hours worked over forty (40) hours per workweek.

28. Defendants suffered and permitted Plaintiffs and those similarly situated to routinely work more than forty (40) hours in a workweek without proper overtime compensation as required by the FLSA, 29 U.S.C. § 201 *et seq.* and its implementing regulations.

29. Defendants knew, or showed reckless disregard for the fact, that they failed to pay these individuals proper overtime compensation in violation of the FLSA.

30. Defendants' failure to comply with the FLSA overtime protections caused Plaintiffs and those similarly situated to suffer loss of wages and interest thereon.

31. Plaintiffs and those similarly situated are entitled to unpaid overtime, liquidated damages, and attorney's fees and costs under the FLSA.

## RELIEF SOUGHT

**WHEREFORE**, Plaintiffs, individually and on behalf of those similarly situated, pray for relief as follows:

A. Permitting this case to proceed as a collective action under § 216(b) of the FLSA and ordering notice to the putative plaintiffs at the earliest opportunity to ensure their claims are not lost to the FLSA statute of limitations;

B. Judgment against Defendants, jointly and severally, for violation of the overtime provisions of the FLSA;

D. An award to Plaintiff and those similarly situated in the amount of unpaid overtime wages and liquidated damages;

E. An award of any pre- and post-judgment interest;

F. An award of reasonable attorneys' fees and costs to be determined by post-trial petition;

G. Leave to add additional plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court; and

H. Such further relief as may be necessary and appropriate.

Dated: January 7, 2019

Respectfully Submitted:

/s/ Gregg C. Greenberg

Gregg C. Greenberg, VA Bar No. 79610
ZIPIN, AMSTER & GREENBERG, LLC
8757 Georgia Ave., Suite 400
Silver Spring, MD 20910
Telephone: (301) 587-9373
Facsimile: (240) 839-9142
Email: ggreenberg@zagfirm.com

*Counsel for Plaintiffs and the FLSA Collective*